MCGREGOR W. SCOTT
United States Attorney
ERICA L. ANDERSON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>VISHAAL V. NAND,<br><br>                  Defendant. | CASE NO. 2:17-PO-00562-EFB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER<br><br>DATE: March 5, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Edmund F. Brennan |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Erica L. Anderson, and defendant, VISHAAL V. NAND, by and through his counsel of record, Linda C. Allison, hereby stipulate as follows:

1. By previous order, this Court set this matter for a status conference on March 5, 2018 at 10:00 a.m., and excluded time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., between January 9, 2018 and March 5, 2018 pursuant to Local Code T4.

2. By this Stipulation, the parties move to continue the status conference to March 6, 2018 at 1:30 p.m., and to exclude time between March 5, 2018 and March 6, 2018, under Local Code T4.

///

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for the government is no longer available to attend the status conference on March 5, 2018.

    b. Counsel for government believes that failure to grant the above-requested continuance would deny the government continuity of counsel.

    c. The defendant does not object to the continuance.

    d. The Court Staff Interpreter does not object to this continuance and has been informed by defense counsel regarding this scheduling change.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

    f. For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of March 5, 2018 to March 6, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 23, 2018

McGREGOR W. SCOTT
United States Attorney

By: */s/ ERICA L. ANDERSON*
ERICA L. ANDERSON
Special Assistant United States Attorney

Dated: February 23, 2018

*/s/ Linda C. Allison* (as authorized on 2/23/18)
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
VISHAAL V. NAND

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: February 27, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge